UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CABRINA MURPHY,

                Plaintiff(s),

     v.

MONEYLION TECHNOLOGIES, INC., et al.,

                Defendant(s).

CASE NO. C26-1308-KKE

ORDER GRANTING THE PARTIES'
STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO
RESPOND TO THE COMPLAINT

The parties filed a stipulated motion to extend Defendants' deadline to respond to the complaint, and to set a briefing schedule on any forthcoming motion to dismiss. Dkt. No. 4. Finding good cause, the Court GRANTS the motion as follows:

1. Defendants shall file an answer or otherwise respond to the Complaint no later than May 22, 2026. If Defendants elect to file a motion under Federal Rule of Civil Procedure 12 in response to the Complaint (the "Motion"), they shall note it for July 24, 2026.

2. Plaintiff's response to the Motion shall be filed no later than July 10, 2026.

3. Defendants' reply in further support of the Motion shall be filed no later than July 24, 2026.

Dated this 20th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT - 1