UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CABRINA MURPHY,

Plaintiff(s),

v.

MONEYLION TECHNOLOGIES, INC., et al.,

Defendant(s).

CASE NO. C26-1308-KKE

ORDER DENYING STIPULATED MOTION WITHOUT PREJUDICE

The parties filed a stipulated motion to extend the briefing schedule on Defendants' motion to transfer. Dkt. No. 28. The stipulated motion is, however, internally inconsistent as to the new dates requested. *See id.* at 2. The stipulated motion (Dkt. No. 28) is therefore DENIED WITHOUT PREJUDICE and may be re-filed with corrected dates.

Dated this 14th day of September, 2026.

Kymberly K. Evanson
United States District Judge