Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

CABRINA MURPHY, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MONEYLION TECHNOLOGIES, INC.; and MONEYLION, INC.,

Defendants.

No. 2:26-cv-01308-KKE

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Cabrina Murphy ("Plaintiff") and Defendants MoneyLion Technologies, Inc. ("MoneyLion Technologies") and MoneyLion, Inc. ("MoneyLion," and together with MoneyLion Technologies, "Defendants") (collectively, "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On May 22, 2026, Defendants filed their Motion to Dismiss Complaint and Strike Class Allegations, Dkt. #21. Before filing their Reply in Support of Defendants' Motion to Dismiss, Defendants informed counsel for Plaintiff that they intended to file a motion to compel arbitration.

2. On July 23, 2026, Plaintiff served Defendants with her First Set of Interrogatories and First Set of Requests for Production. Both sets of discovery requests sought information and documents related to arbitration issues. Defendants served their

objections and responses on August 31, 2026, and August 24, 2026, respectively. Defendants have not yet made a production of documents in connection with Plaintiff's Requests for Production, but anticipate making a production on September 25, 2026.

3. On August 26, 2026, Defendants filed their Motion to Transfer Case Pursuant to 28 U.S.C. Section 1404(a). *See* Dkt. #25. Plaintiff's response is currently due September 16, 2026.

4. Plaintiff maintains that Defendants' forthcoming production is relevant to her response to her response to Defendants' Motion to Transfer. While Defendants do not share that position, the Parties have conferred, and they agree that Plaintiff should be afforded three weeks from Defendants' production, or until October 16, 2026, to file her response to Defendants' Motion to Transfer. The Parties have also agreed that Defendants should be afforded two weeks to file their reply to their Motion to Transfer, or until October 30, 2026.

5. If, for any reason, Defendants are unable to make their production by September 25, necessitating a further extension of these dates, the Parties will promptly apprise the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto, by and through their undersigned counsel, and subject to the approval of the Court, as follows:

1. Plaintiff shall file her response to Defendants' Motion to Transfer no later than October 16, 2026.

2. Defendants' reply in further support of the Motion shall be filed no later than October 30, 2026.

STIPULATED this 11th day of September, 2026.

*s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684
McNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, WA 98101
Tel: 206-467-1816
Fax: 206-624-5128
Email: kboyd@mcnaul.com

Evan E. North*
NORTH LAW PLLC
1900 Market Street, Suite 800
Philadelphia, PA 19103
Tel: 202-921-1651
Email: evan@northlawpllc.com

Edwin J Kilpela , Jr.*
WADE KILPELA SLADE LLP
6425 Living Pl
Ste 200
Pittsburgh, Pa 15206
412-314-0515
Email: ek@waykayslay.com

*Attorneys for Plaintiff and the Proposed Class*

*pro hac vice*

*s/ Benjamin B. Sweeney*
*(via email authorization)*
Benjamin B. Sweeney
COOLEY LLP
1700 Seventh Avenue
Suite 1900
Seattle, WA 98101-1355
Telephone: +1 206 452 8700
Fax: +1 206 452 8800
Email: bsweeney@cooley.com

Scott D. Dailard
Megan L. Donohue
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Fax: +1 858 550 6420
Email: sdailard@cooley.com
mdonohue@cooley.com

Caroline A. Lebel
COOLEY LLP
3 Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 693 2000
Fax: +1 415 693 2222
Email: clebel@cooley.com

Richard Koch
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Fax: +1 202 842 7899
Email: rkoch@cooley.com

*Attorneys for Defendants*

**ORDER**

Finding good cause, the Court GRANTS the parties' stipulated motion. Dkt. No. 33. Plaintiff shall file her response to Defendants' motion to transfer no later than October 16, 2026. Defendants' reply in further support of the motion shall be filed no later than October 30, 2026.

The clerk is directed to RE-NOTE the motion to transfer (Dkt. No. 25) for October 30, 2026. And because the Court finds it appropriate to resolve the motion to transfer before considering the motion to dismiss, the clerk is directed to RE-NOTE the pending motion to dismiss (Dkt. No. 21) for October 30, 2026, to align with the motion to transfer.

**IT IS SO ORDERED** this 14th day of September, 2026.

Kymberly K. Evanson
United States District Judge