Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CABRINA MURPHY, on behalf of herself and all others similarly situated,<br>Plaintiff,<br>v.<br>MONEYLION TECHNOLOGIES, INC.; and MONEYLION, INC.,<br>Defendants. | Case No. 2:26-cv-01308-KKE<br><br>STIPULATED MOTION AND ORDER REGARDING SURREPLY AND RESPONSE ON DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Cabrina Murphy ("Plaintiff") and Defendants MoneyLion Technologies, Inc. and MoneyLion, Inc. ("Defendants") (collectively, "Parties"), by and through undersigned counsel, stipulate and agree as follows:

1. On May 22, 2026, Defendants filed a Motion to Dismiss Complaint and Strike Class Allegations (Dkt. 21); before filing their Reply, Defendants advised Plaintiff that they intended to move to compel arbitration. On July 23, 2026, Plaintiff served arbitration-related discovery, including her First Set of Requests for Production ("RFP"). On August 26, 2026, Defendants filed their Motion to Transfer under 28 U.S.C. § 1404(a) (Dkt. 25) (the "Motion to Transfer").

2. By Stipulated Motion granted September 14, 2026 (Dkts. 33, 34), the Court set Plaintiff's response to the Motion to Transfer for October 16, 2026, and Defendants' reply for October 30, 2026, to allow for Defendants' document production in response to Plaintiffs' arbitration-related discovery requests. The Parties negotiated certain aspects of Defendants' production; in particular, Plaintiff contended that certain requests were most relevant to her response, but reserved the right to pursue discovery responsive to her remaining requests. On September 25, 2026, Defendants completed their production of documents addressing the discovery requests that Plaintiff contended were most relevant to her response.

3. Plaintiff filed her response to the Motion to Transfer on October 16, 2026 (Dkt. 35), and Defendants filed their reply on October 30, 2026 (Dkt. 38). Defendants have since advised that they are targeting a completed document production responsive to Plaintiff's remaining requests by the end of November 2026.

4. Plaintiff maintains that Defendants' reply relies on new factual assertions and evidence about Defendants' records and website as displayed to Plaintiff in February 2026, and that the forthcoming production is relevant to those issues and warrants a surreply. Defendants disagree with those assertions, but in order to avoid burdening the Court with further motion practice, are willing to stipulate to short supplemental briefing to address the remaining discovery that Plaintiff contends is relevant to the Motion to Transfer.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto, by and through their undersigned counsel, and subject to the approval of the Court, as follows:

1. Defendants shall complete their production responsive to Plaintiff's remaining RFPs by November 30, 2026.

2. Plaintiff may file a surreply of up to five (5) pages within seven (7) calendar days after the completion date. Defendants may file a response of up to three (3) pages

within three (3) court days after the sur-reply is filed.

3. If production is not complete by November 30, 2026, the Parties will promptly apprise the Court.

* * *

The undersigned certify that this memorandum contains 436 words, in compliance with the Local Civil Rules.

STIPULATED this 9th day of November, 2026.

*s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684
McNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, WA 98101
Tel: 206-467-1816
Email: kboyd@mcnaul.com

Evan E. North*
NORTH LAW PLLC
1900 Market Street, Suite 800
Philadelphia, PA 19103
Tel: 202-921-1651
Email: evan@northlawpllc.com

Edwin J. Kilpela, Jr.*
WADE KILPELA SLADE LLP
6425 Living Place, Suite 200
Pittsburgh, PA 15206
Tel: 412-314-0515
Email: ek@waykayslay.com

*Attorneys for Plaintiff and the Proposed Class*
**pro hac vice*

*s/ Benjamin B. Sweeney*
Benjamin B. Sweeney, WSBA #63957
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Tel: 206-452-8700
Email: bsweeney@cooley.com

Scott D. Dailard*
Megan L. Donohue*
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121-1117
Tel: 858-550-6000
Email: sdailard@cooley.com
Email: mdonohue@cooley.com

Richard Koch*
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Tel: 202-842-7800
Email: rkoch@cooley.com

*Attorneys for Defendants*

## ORDER

The parties' stipulated motion regarding surreply and response on Defendants' motion to transfer venue is GRANTED. Dkt. No. 39.

Defendants shall complete their document production and notify Plaintiff in writing of the completion date by November 30, 2026.

Plaintiff may file a surreply of up to five pages in length no later than December 7, 2026, and Defendants may file a response of up to three pages in length no later than December 10, 2026. The Clerk is directed to RE-NOTE the pending motion to transfer (Dkt. No. 25) and the motion to dismiss (Dkt. No. 21) for December 10, 2026.

If Defendants are unable to complete their production by November 30, 2026, the parties shall promptly apprise the Court.

IT IS SO ORDERED this 10th day of November, 2026.

Kymberly K. Evanson
United States District Judge